05-25-06; 12:57PM;                                    ;6465125603

05/22/2008 10:37 FAX 516 228 3136    FRANKLIN GRINGER & COHEN                    ☑002

SONY

ELECTRONICALLY FILED

DED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

LUIS ANGULO, on behalf of himself and          08 CV 4329 (RJS)
others similarly situated,

                    Plaintiff,                 STIPULATION
                                               EXTENDING TIME TO
        -against-                              RESPOND TO COMPLAINT

226 THIRD AVENUE RESTURANT CORP.,

                    Defendant.
————————————————————————X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned,

counsel for the parties, that Defendant's time to appear, answer, move or otherwise plead with

respect to the complaint herein be extended through and including June 16, 2008.


Dated:      Garden City, New York
            May 22, 2008


Joshua Marcus, Esq. (JM-4250)          Robert L. Kraselnik, (RK- 0684)
FRANKLIN, GRINGER & COHEN, PC  LAW OFFICES OF ROBERT L. KRASELNIK
666 Old Country Road, Suite 202        40 Wall Street, 28th Floor
Garden City, NY 11530-2013             New York, NY 10005
(516) 228-3131                         (212) 400-7160
Attorneys for Defendant                Attorneys for Plaintiff

SO ORDERED:

U.S.D.J.
            5/29/08