UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIS ANGULO, on behalf of himself and
others similarly situated,

                        Plaintiff,

-against-

226 THIRD AVENUE RESTAURANT CORP.,

                        Defendant.
-----------------------------------------------------------X

08 CV 4329 (RJS)

**Fed. R. Civ. P. 7.1 STATEMENT**

      I, Joshua Marcus, an associate of the law firm Franklin, Gringer & Cohen, P.C., counsel for Defendant, 226 Third Avenue Restaurant Corp., having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1.

      1.    Defendant, 226 Third Avenue Restaurant Corp., has no publically held parent companies, nor is either Defendant affiliated with any other publically held subsidiaries, affiliates or other entities.

Dated: Garden City, New York
          June 13, 2008

                                              FRANKLIN, GRINGER & COHEN, P.C.
                                              *Attorneys for Defendants*

                                              /s_____
                                              By:    Joshua A. Marcus, Esq. ( JM 4250)
                                              666 Old Country Road, Suite 202
                                              Garden City, NY 11530-2013
                                              (516) 228-3131

To:    Robert L. Kraselnik, Esq.
        Law offices of Robert L. Kraselnik
        40 Wall Street, 28th Floor
        New York, NY 10005
        (212) 400-7160